O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CV 09-9307 RSWL (AJWx) |
| ) | |
| Plaintiff, ) | **ORDER RE: PLAINTIFF'S** |
| ) | **MOTION FOR DEFAULT** |
| v. ) | **JUDGMENT** |
| ) | |
| ) | |
| ONE 2005 INFINITY QX5 AND ) | |
| ONE 2005 CADILLAC ESCALADE ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

Plaintiff, United States of America, filed its Motion for Default Judgment [11] on June 10, 2010. No responsive pleading was filed by potential claimants Jose Zepeda, Yolanda Zepeda, Ramon Salazar Gomez or any other potential claimants. Additionally, no claimants made an appearance at the July 27, 2010 hearing. Therefore, having considered all papers and arguments submitted, **THE COURT FINDS AND RULES AS FOLLOWS:**

Plaintiff's Motion for Default Judgment is hereby **GRANTED.**

1

1   The Court finds that Plaintiff has satisfied the
2 procedural requirements for default judgment and that
3 the substantive factors set forth by the Ninth Circuit
4 in <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471-72 (9th Cir.
5 1986), weigh in favor of granting default judgment.
6 Additionally, potential Claimants Jose Zepeda, Yolanda
7 Zepeda, and Ramon Salazar Gomez have failed to file an
8 Opposition.  Therefore, pursuant to Federal Rule of
9 Civil Procedure 55, the Court **GRANTS** Plaintiff's Motion
10 for Default Judgment.

12 **IT IS SO ORDERED.**
13 DATED: August 4, 2010

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge